UNITED STATES of America, Appellee,

v.

**Lorenzo Rivera REYES, Appellant.**

No. 01–3823.

United States Court of Appeals, Eighth Circuit.

Submitted July 23, 2002.

Decided July 26, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

## PER CURIAM.

After he was convicted of drug-trafficking and money-laundering conspiracies, Lorenzo Rivera Reyes was sentenced to seventy-eight months in prison and four years supervised release. He appeals the district court's [1] denial of his pretrial motion to suppress evidence seized from his home pursuant to a search warrant.

Having carefully reviewed the record and the parties' submissions on appeal, we agree with the district court that the warrant to search Reyes's residence in Brownsville, Texas, was based upon a sufficient showing of probable cause and, alternatively, that the subsequent warrant search was valid under the good faith rule of *United States v. Leon*, 468 U.S. 897, 104 S.Ct. 3405, 82 L.Ed.2d 677 (1984). Ac-

---

[*] The Honorable David S. Doty, United States District Judge for the District of Minnesota.

1. The HONORABLE ANN D. MONTGOMERY, United States District Judge for the Dis-

trict of Minnesota, adopting the report and recommendations of the HONORABLE ARTHUR J. BOYLAN, United States Magistrate Judge for the District of Minnesota.

cordingly, Reyes's suppression motion was properly denied. *See United States v. Smith,* 266 F.3d 902, 904 (8th Cir.2001) (standard of review).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

A true copy.